UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WILLIAM L. HUDSON, III, | ) |
| Plaintiff, | ) |
| vs. | ) 1:05-cv-1592-RLY-TAB |
| HAMILTON COUNTY JAIL SHERIFF ADMINISTRATION, | ) |
| Defendant. | ) |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The action is dismissed for failure to prosecute. This disposition is based on the plaintiff's failure to pay the filing fee as directed in Part I of the Entry issued on December 14, 2005.

2. The dismissal shall be without prejudice. Judgment consistent with this Entry shall now issue.

3. The plaintiff's request filed on January 3, 2006, that he be permitted to pay the filing fee in installments is **denied.** Granting such a request would in effect be permitting the plaintiff to proceed *in forma pauperis*, and as explained in the Entry of December 14, 2005, he is not eligible for that status.

**IT IS SO ORDERED.**

Date: January 9, 2006

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana