UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WILLIAM L. HUDSON, III, )<br>)<br>          Plaintiff, )<br>  vs. )<br>)<br>HAMILTON COUNTY JAIL SHERIFF )<br> ADMINISTRATION, )<br>)<br>          Defendant. ) | 1:05-cv-1592-RLY-TAB |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 01/09/2006

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

Deputy Clerk, U.S. District Court

Copies to:

William L. Hudson, II
DOC #964694
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064